**STATE OF LOUISIANA IN THE INTEREST OF M.B.**

        \*        **NO. 2019-CA-0931**

        \*        **COURT OF APPEAL**

        \*        **FOURTH CIRCUIT**

        \*        **STATE OF LOUISIANA**

        \*

        \*

**\* \* \* \* \* \* \***

**BROWN, J., CONCURS IN THE RESULT**.